IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **JOSHUA ISAIAH MONEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| VS. | : | NO. 4:22-CV-00168-CDL-MSH |
| | : | |
| **GEORGIA DEPARTMENT OF CORRECTIONS,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER**

Presently pending before the Court is a document filed by Plaintiff Joshua Isaiah Money that has been construed as a motion seeking reconsideration of the Court's May 2, 2023 Order adopting the recommendation to dismiss certain claims in this action and transfer the remaining claims to the Southern District of Georgia (ECF No. 17). Local Rule 7.6 provides that motions for reconsideration shall not be filed as a matter of routine practice. M.D. Ga. R. 7.6. Generally, such motions will only be granted if the movant demonstrates that (1) there was an intervening development or change in controlling law, (2) new evidence has been discovered, or (3) the court made a clear error of law or fact. *Rhodes v. MacDonald*, 670 F. Supp. 2d 1363, 1378 (M.D. Ga. 2009).

Plaintiff's motion does not describe any development or change in the law or newly discovered evidence that would warrant reconsideration in this case. Instead, Plaintiff appears to argue the Court failed to consider his Objections. Mot. Recons. 1, ECF No. 12. As set forth in the dismissal order, however, the Court did consider Plaintiff's Objections

but found they lacked merit.  Order 1, May 2, 2023, ECF No. 14.  Plaintiff also fails to address the reasons for dismissal in his motion or otherwise explain how this Court made a manifest error or law or fact.  Plaintiff's motion (ECF No. 17) is therefore **DENIED.**

    **SO ORDERED** this **18th** day of **May, 2023**.

                                               S/Clay D. Land
                                               CLAY D. LAND
                                               U.S. DISTRICT COURT JUDGE
                                               MIDDLE DISTRICT OF GEORGIA